# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3552
LT Case No. 2011-035991-CFAES

_____

MICHAEL J. ANNICCHIARICO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.853 Appeal from the Circuit Court for Volusia County.
Randall H. Rowe, III, Judge.

Michael J. Annicchiarico, Sneads, pro se.

Ashley Moody, Attorney General, Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General, Daytona Beach, for
Appellee.

June 18, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and HARRIS and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____